**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-1228**

———————

RONALD G. BUFORD,

                Plaintiff – Appellant,

     v.

AMMAR'S INC.,

                Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. James P. Jones, District Judge. (1:14-cv-00012-JPJ-PMS)

———————

Submitted: February 23, 2016     Decided: February 25, 2016

———————

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ronald G. Buford, Appellant Pro Se. Meredith Renee Fleming Bergeson, Michael Nicholas Petkovich, JACKSON LEWIS PC, Reston, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald G. Buford appeals the district court's order granting the Defendant's motion for summary judgment in Buford's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Buford v. Ammar's, Inc., No. 1:14-cv-00012-JPJ-PMS (W.D. Va. Jan. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED